**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

BRAD FLENOY,                                                                                        PLAINTIFF
ADC #117013

v.                                              3:12-cv-00071-DPM-JTK

P. SOWYER, et al.                                                                                DEFENDANTS

**INITIAL SCHEDULING ORDER**

Defendants have filed their Answer to Plaintiff's Complaint. The Court will give the parties six months to *complete* discovery and seven months (30 days after the close of discovery) to file any dispositive motions.[1]

IT IS THEREFORE ORDERED that the parties shall complete discovery on or before **October 20, 2012,** and file any dispositive motions on or before **November 20, 2012.**

Dated this 24th day of April, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] This means that the parties must send their final discovery requests to the opposing side so that they have the full amount of time, as provided by the Federal Rules of Civil Procedure, to respond before the discovery deadline expires. For instance, Fed. R. Civ. P. 33(b)(2) states that a party has 30 days to respond to interrogatories. Thus, the parties must send their final interrogatories to the opposing side *at least* 30 days before the expiration of the discovery deadline

-1-