**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

BRAD FLENOY,
ADC #117013                                                                                      PLAINTIFF

v.                                        3:12-cv-00071-DPM-JTK

P. SOWYER, et al.                                                                          DEFENDANTS

<u>**ORDER**</u>

    Defendants Peggy Soward, John Thrasher, Kenneth Melvin, Ernest McKay, Dale Cook, and

Luther Whitfield, through their attorney, have answered and supplied their correct names (Doc. No.

11).  The Clerk is directed to change the style of the case to reflect the correct names of these

Defendants.

    IT IS SO ORDERED this 26th day of April, 2012.


_____
  JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE