# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

BRAD FLENOY,
ADC #117013                                                                                    PLAINTIFF

v.                                    3:12-cv-00071-DPM-JTK

P. SOWYER, et al.                                                                              DEFENDANTS

## ORDER

Defendants Peggy Soward, John Thrasher, Kenneth Melvin, Ernest McKay, Dale Cook, and Luther Whitfield, through their attorney, have answered and supplied their correct names (Doc. No. 11). The Clerk is directed to change the style of the case to reflect the correct names of these Defendants.

IT IS SO ORDERED this 26th day of April, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE